IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REAL RADIOLOGY, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>DONOVAN WEGER, and ARTHUR J. GALLAGHER & CO.,<br><br>        Defendants. | **8:19CV493**<br><br>**ORDER** |

This matter comes before the Court on the Plaintiff's Motion to Dismiss with Prejudice (Filing No. 26) of this case. The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to pay their own costs and attorneys' fees.

Dated this 10th day of November, 2020.

                                      BY THE COURT:

                                      s/ Joseph F. Bataillon
                                      Senior United States District Judge